No. 71–123.  NATIONAL LABOR RELATIONS BOARD *v.*
BURNS INTERNATIONAL SECURITY SERVICES, INC. (FOR-
MERLY KNOWN AS WILLIAM J. BURNS INTERNATIONAL
DETECTIVE AGENCY, INC.), ET AL.; and

No. 71–198.  BURNS INTERNATIONAL SECURITY SERV-
ICES, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.
C. A. 2d Cir.  Certiorari granted in No. 71–123.  Cer-
tiorari granted in No. 71–198 limited to Question 2 pre-
sented by the petition which reads as follows:

"2. In such a proceeding, may a sub-contractor who
is awarded a contract to provide services at a facility be
held to be a successor of the previous sub-contractor
and required to bargain with the union representing the
previous sub-contractor's employees, where: (a) there is
a total absence of dealings between the two sub-con-
tractors; (b) the previous sub-contractor's performance
at the facility constitutes a small portion of its total
business, the balance of which was not affected by the
change of sub-contractors; (c) the performance of the
contract is integrated into the new sub-contractor's pre-
viously existing business; (d) there is a change in
supervision at the facility by the new sub-contractor;
and (e) within six months after the awarding of the
contract the previous sub-contractor's employees consti-
tute less than a majority of employees employed at the
facility?"

Cases consolidated and a total of one hour allotted for
oral argument.  Reported below: 441 F. 2d 911.

No. 70–101.  O'DELL *v.* GARRETT, EXECUTRIX, ET AL.
Ct. App. N. M.  Certiorari denied.

No. 70–115.  McVEAN *v.* UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.